IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01079-WJM-BNB

MARGARET ARANDA,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC.,

    Defendant.

---

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to the offer of judgment served October 24, 2012 and the acceptance thereof filed November 7, 2012, with proof of service, and in accordance with the Federal Rules of Civil Procedure, it is

ORDERED that judgment is hereby entered for Margaret Aranda and against Diversified Collection Services, Inc. in the amount of $2,001.00.

It is FURTHER ORDERED that Plaintiff's costs and reasonable attorneys' fees are to be added to the judgment as against Defendant; said fees and costs shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.

It is FURTHER ORDERED that post-judgment interest pursuant to 28 U.S.C. § 1961 shall accrue at the rate of 0.18% from the date of entry of judgment.

DATED at Denver, Colorado this 9th day of November, 2012.

                                    JEFFREY P. COLWELL, CLERK

                                    By:   s/ Edward P. Butler
                                             Edward P. Butler, Deputy Clerk